Leo Resman, appellee, v. Max Tauber Sons Absopure Ice Cream Company, appellant. Gen. No. 29,309.
Action to recover damages growing out of collision between plaintiff's automobile and defendant's motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Joseph O. McKiernan, for appellant. William C. McHenry, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.